AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
DEC 2 9 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:20-MJ-182 |
| | ) |
| Brenda Aurora Payne | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brenda Aurora Payne,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about November 5, 2020, in the Amarillo Division of the Northern District of Texas, and elsewhere, Brenda Aurora Payne, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Date: 11/13/2020

_____
Issuing officer's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 11/13/20, and the person was arrested on (date) 12/29/2020
at (city and state) Amarillo, TX.

Date: 12/29/2020

_____
Arresting officer's signature

DEA SA Chris Brown
*Printed name and title*

7